# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Kevin L Jeter, et al.,,

                                    Plaintiff,

vs.

Wild West Gas, Inc., et al.,

                                    Defendant.

Case No.:     12-cv-411-JDR-CDL

Proceeding:   Motion Hearing
Date:         12/16/2024
Time:         2:34 p.m. to 2:55 p.m.

## MINUTE SHEET

| John D. Russell, U.S. District Judge | C. Portilloz, Deputy Clerk | Jennifer Golemboski, Reporter |
|---|---|---|

Counsel for Plaintiffs Kevin L Jeter, Joe A. Jeter:     Mark Smith

Counsel for Plaintiffs: Barbara Lucas, James H Miller, Sharon Rigsby Miller, Larry Smith, Janice Sue Parker:     Patrick Adams

Counsel for Defendants/Consol. Defendants:     Brian Timothy Inbody, Pamela S. Anderson

Minutes:    Case called for hearing regarding Motion to Withdraw as Counsel for James Miller, Sharon Rigsby Miller and Barbara Lucas (Dkt. # 450), and Motion to Withdraw as Counsel for James Enloe, Carolyn Enloe, Scott Bailey, Janice Sue Parker and Larry Smith and Unopposed Motion to Stay the Proceedings (Dkt. # 451).

Court grants the motions (Dkt. #450) and (Dkt. #451). Mr. Adams advises that he believes plaintiffs do wish to proceed forward with the case. Plaintiff James Miller speaks and advises Court that Plaintiffs' object to the withdrawal of Kevin Adams and request that he remain as their counsel of record. Court advises Plaintiff Miller that the motions to withdraw (Dkt. ## 450, 451) have been granted. Plaintiff Miller advises that the Plaintiffs are trying to find new counsel. Court strikes all pending deadlines per the 9/12/24 Scheduling Conference. The 12/20/24 Discovery deadline, the 12/20/24 Motions for Summary Judgment deadline, the 1/15/24 Final Pretrial Order deadline and the 3/10/25 Jury Trial are stricken. .

Counsel Mark Smith advises that Plaintiffs Kevin L Jeter and Joe A Jeter have no objection to the Court allowing Mr. Adams to withdraw and time for the Plaintiffs to

obtain new counsel.

Counsel for Defendants advise that Defendants have no objection to the Court's plan. Discussion held regarding Mr. Adams' file and the contents of "attorney's eyes only" documents. Court advises that Mr. Adams is to keep the file until Plaintiffs hire new counsel, or further instructions from the Court.

A follow-up Status Conference is set for 1/27/25 at 9:30 a.m. If new counsel enters an appearance for Plaintiffs, the hearing will be a scheduling conference.

_____